B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Western District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Homefront Properties LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**43-2075378** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**259 RT 446**<br>**Cuba, NY**<br>ZIP Code **14727** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Allegany** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Homefront Properties LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Homefront Properties LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jason J. Evans, Esq.**
Signature of Attorney for Debtor(s)

**Jason J. Evans, Esq.**
Printed Name of Attorney for Debtor(s)

**Law Office of Jason J. Evans, P.C.**
Firm Name

**5355 Main Street, 2nd FLoor**
**Williamsville, NY 14221-5338**

Address

**Email: gail@jasonevanslaw.com**
**(716) 630-0555  Fax: (716) 630-0553**
Telephone Number

**January  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kelly Chaffee**
Signature of Authorized Individual

**Kelly Chaffee**
Printed Name of Authorized Individual

**Owner**
Title of Authorized Individual

**January  7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re  **Homefront Properties LLC**
                                    Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>P.O. BOX 297871<br>Fort Lauderdale, FL 33329-7812 | AMERICAN EXPRESS<br>P.O. BOX 297871<br>Fort Lauderdale, FL 33329-7812 | GASOLINE SUPPLIES CREDIT CARD | Unliquidated | 2,000.00 |
| CAPITAL ONE<br>PO BOX 85520<br>Richmond, VA 23285 | CAPITAL ONE<br>PO BOX 85520<br>Richmond, VA 23285 | REPAIRS CREDIT CARD | Unliquidated<br>Disputed | 4,400.00 |
| CATTARAUGUS COUNTY TREASURER'S OFFICE<br>303 COURT ST<br>Little Valley, NY 14755 | CATTARAUGUS COUNTY TREASURER'S OFFICE<br>303 COURT ST<br>Little Valley, NY 14755 | UNPAID TAXES | | 6,000.00 |
| CITY OF OLEAN MUNICIPAL BLDG<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 223 WINTERS AVE, OLEAN, NY 14760 (2 FAMILY HOME) | Unliquidated | 2,354.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 212 W. FOREST AVE, OLEAN, NY 14760 (SINGLE FAMILY RENTAL) | Unliquidated | 2,549.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 223 WINTERS AVE, OLEAN, NY 14760 (2 FAMILY HOME) | Unliquidated | 2,379.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 223 WINTERS AVE, OLEAN, NY 14760 (2 FAMILY HOME) | Unliquidated | 2,052.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 309 S. EIGHTH, OLEAN, NY 14760 (SINGLE FAMILY RENTAL) | Unliquidated | 1,806.00 |

In re **Homefront Properties LLC**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 309 S. EIGHTH, OLEAN, NY 14760 (SINGLE FAMILY RENTAL) | Unliquidated | 1,613.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 309 S. EIGHTH, OLEAN, NY 14760 (SINGLE FAMILY RENTAL) | Unliquidated | 1,538.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | RESIDENCE: 259 RT 446, CUBA, NY 14727 (BOARDING KENNEL/HOUSE) | Unliquidated | 5,744.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | RESIDENCE: 259 RT 446, CUBA, NY 14727 (BOARDING KENNEL/HOUSE) | Unliquidated | 4,983.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 212 W. FOREST AVE, OLEAN, NY 14760 (SINGLE FAMILY RENTAL) | Unliquidated | 4,230.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 912 FRONT ST, OLEAN, NY 14760 (2 FAMILY HOME) | Unliquidated | 3,453.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 912 FRONT ST, OLEAN, NY 14760 (2 FAMILY HOME) | Unliquidated | 3,047.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 912 FRONT ST, OLEAN, NY 14760 (2 FAMILY HOME) | Unliquidated | 2,819.00 |
| CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | CITY OF OLEAN MUNICIPAL BLDG/TAXES<br>101 EAST STATE ST<br>PO BOX 668<br>Olean, NY 14760 | 212 W. FOREST AVE, OLEAN, NY 14760 (SINGLE FAMILY RENTAL) | Unliquidated | 2,756.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Homefront Properties LLC**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 7, 2010**     Signature **/s/ Kelly Chaffee**
**Kelly Chaffee**
**Owner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Homefront Properties LLC**, Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN** <br><br> **BENEFICIAL** <br> **PO BOX 5240** <br> **Carol Stream, IL 60197** | - | | UNKNOWN <br><br> Mortgage <br><br> 212 W. FOREST AVE, OLEAN, NY 14760 <br><br> Value $ 40,000.00 | | X | | 30,000.00 | 0.00 |
| Account No. **UNKNOWN** <br><br> **CITI MORTGAGE** <br> **PO BOX 769006** <br> **San Antonio, TX 78245** | - | | UNKNOWN <br><br> Mortgage <br><br> 912 FRONT ST, OLEAN, NY 14760 <br><br> Value $ 40,000.00 | | X | | 13,000.00 | 0.00 |
| Account No. **UNKNOWN** <br><br> **CITI MORTGAGE** <br> **PO BOX 769006** <br> **San Antonio, TX 78245** | - | | UNKNOWN <br><br> Mortgage <br><br> 223 WINTERS AVE, OLEAN, NY 14760 <br><br> Value $ 40,000.00 | | X | | 17,000.00 | 0.00 |
| Account No. **UNKNOWN** <br><br> **LEONARD BURLINGAME** <br> **3007 W. RIVER RD** <br> **Olean, NY 14760** | - | | 2007 <br><br> Arrears <br><br> 259 RT 446, CUBA, NY 14727 <br><br> Value $ 100,000.00 | | X | | 7,336.00 | 0.00 |
| _1_ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 67,336.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Homefront Properties LLC**                        ,         Case No. _____

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **NONE** <br><br> **LEONARD BURLINGAME** <br> **3007 W. RIVER RD** <br> **Olean, NY 14760** | | - | **2009** <br><br> **Mortgage** <br><br> **259 RT 446, CUBA, NY 14727** <br><br> Value $ 100,000.00 | | | X | 62,000.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     **62,000.00**     **0.00**

Total (Report on Summary of Schedules)     **129,336.00**     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Homefront Properties LLC** ,    Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

     **3**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Homefront Properties LLC**, Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN** <br> **CATTARAUGUS COUNTY TREASURER'S OFFICE** <br> **303 COURT ST** <br> **Little Valley, NY 14755** | - | **2008-2009** <br> **UNPAID TAXES** | | | | 6,000.00 | 0.00 <br> 6,000.00 |
| Account No. **UNKNOWN** <br> **CITY OF OLEAN MUNICIPAL BLDG** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | **2007** <br> **223 WINTERS AVE, OLEAN, NY 14760 (2 FAMILY HOME)** | | X | | 2,354.00 | 0.00 <br> 2,354.00 |
| Account No. **UNKNOWN** <br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | **2007** <br> **912 FRONT ST, OLEAN, NY 14760 (2 FAMILY HOME)** | | X | | 2,819.00 | 0.00 <br> 2,819.00 |
| Account No. **UNKNOWN** <br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | **2008** <br> **912 FRONT ST, OLEAN, NY 14760 (2 FAMILY HOME)** | | X | | 3,453.00 | 0.00 <br> 3,453.00 |
| Account No. **UNKNOWN** <br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | **2009** <br> **912 FRONT ST, OLEAN, NY 14760 (2 FAMILY HOME)** | | X | | 3,047.00 | 0.00 <br> 3,047.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    17,673.00    0.00 / 17,673.00

In re **Homefront Properties LLC**, Case No. _____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN**  CITY OF OLEAN MUNICIPAL BLDG/TAXES  101 EAST STATE ST  PO BOX 668  Olean, NY 14760 | - | **2008**  **223 WINTERS AVE, OLEAN, NY 14760 (2 FAMILY HOME)** | | X | | 2,379.00 | 0.00 | 2,379.00 |
| Account No. **UNKNOWN**  CITY OF OLEAN MUNICIPAL BLDG/TAXES  101 EAST STATE ST  PO BOX 668  Olean, NY 14760 | - | **2009**  **223 WINTERS AVE, OLEAN, NY 14760 (2 FAMILY HOME)** | | X | | 2,052.00 | 0.00 | 2,052.00 |
| Account No. **UNKNOWN**  CITY OF OLEAN MUNICIPAL BLDG/TAXES  101 EAST STATE ST  PO BOX 668  Olean, NY 14760 | - | **2007**  **309 S. EIGHTH, OLEAN, NY 14760 (SINGLE FAMILY RENTAL)** | | X | | 1,806.00 | 0.00 | 1,806.00 |
| Account No. **UNKNOWN**  CITY OF OLEAN MUNICIPAL BLDG/TAXES  101 EAST STATE ST  PO BOX 668  Olean, NY 14760 | - | **2008**  **309 S. EIGHTH, OLEAN, NY 14760 (SINGLE FAMILY RENTAL)** | | X | | 1,613.00 | 0.00 | 1,613.00 |
| Account No. **UNKNOWN**  CITY OF OLEAN MUNICIPAL BLDG/TAXES  101 EAST STATE ST  PO BOX 668  Olean, NY 14760 | - | **2009**  **309 S. EIGHTH, OLEAN, NY 14760 (SINGLE FAMILY RENTAL)** | | X | | 1,538.00 | 0.00 | 1,538.00 |

Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  9,388.00  0.00  9,388.00

In re **Homefront Properties LLC** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN** <br><br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | | **2007** <br><br> **212 W. FOREST AVE, OLEAN, NY 14760** <br> **(SINGLE FAMILY RENTAL)** | | X | | **2,756.00** | **0.00** | **2,756.00** |
| Account No. **UNKNOWN** <br><br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | | **2008** <br><br> **212 W. FOREST AVE, OLEAN, NY 14760** <br> **(SINGLE FAMILY RENTAL)** | | X | | **2,549.00** | **0.00** | **2,549.00** |
| Account No. **UNKNOWN** <br><br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | | **2009** <br><br> **212 W. FOREST AVE, OLEAN, NY 14760** <br> **(SINGLE FAMILY RENTAL)** | | X | | **4,230.00** | **0.00** | **4,230.00** |
| Account No. **UNKNOWN** <br><br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | | **2008** <br><br> **RESIDENCE: 259 RT 446, CUBA, NY 14727** <br> **(BOARDING KENNEL/HOUSE)** | | X | | **5,744.00** | **0.00** | **5,744.00** |
| Account No. **UNKNOWN** <br><br> **CITY OF OLEAN MUNICIPAL BLDG/TAXES** <br> **101 EAST STATE ST** <br> **PO BOX 668** <br> **Olean, NY 14760** | - | | **2009** <br><br> **RESIDENCE: 259 RT 446, CUBA, NY 14727** <br> **(BOARDING KENNEL/HOUSE)** | | X | | **4,983.00** | **0.00** | **4,983.00** |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 20,262.00 | 0.00 | 20,262.00

Total (Report on Summary of Schedules) | 47,323.00 | 0.00 | 47,323.00

B6F (Official Form 6F) (12/07)

In re  **Homefront Properties LLC**                              ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **UNKNOWN**<br><br>AMERICAN EXPRESS<br>P.O. BOX 297871<br>Fort Lauderdale, FL 33329-7812 | - | | 2009<br>GASOLINE SUPPLIES<br>CREDIT CARD | | X | | 2,000.00 |
| Account No. **UNKNOWN**<br><br>CAPITAL ONE<br>PO BOX 85520<br>Richmond, VA 23285 | - | | 2009<br>REPAIRS<br>CREDIT CARD | | X | X | 4,400.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)  **6,400.00**

Total (Report on Summary of Schedules)  **6,400.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:32932-091120   Best Case Bankruptcy

AMERICAN EXPRESS
P.O. BOX 297871
Fort Lauderdale, FL 33329-7812


BENEFICIAL
PO BOX 5240
Carol Stream, IL 60197


CAPITAL ONE
PO BOX 85520
Richmond, VA 23285


CATTARAUGUS COUNTY TREASURER'S OFFICE
303 COURT ST
Little Valley, NY 14755


CITI MORTGAGE
PO BOX 769006
San Antonio, TX 78245


CITY OF OLEAN MUNICIPAL BLDG
101 EAST STATE ST
PO BOX 668
Olean, NY 14760


CITY OF OLEAN MUNICIPAL BLDG/TAXES
101 EAST STATE ST
PO BOX 668
Olean, NY 14760


LEONARD BURLINGAME
3007 W. RIVER RD
Olean, NY 14760